AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Luis Delirio MONTERO-Alcantara<br>Jose Dario GONZALEZ-Gonzalez<br><br>*Defendant(s)* | Case No. 8:23MJ2329CPT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 20, 2023** in the county of _____ in the **Middle** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 46 U.S.C. §§ 70503(a) and 70506 (a) and (b), and 21 U.S.C § 960(b)(1)(B)(ii) | conspired to possess with the intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance; |
| 46 U.S.C. § 70503(a) and 70506(a), and 21 U.S.C § 960(b)(1)(B)(ii) | possessed with intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Scheduled II controlled substance |

This criminal complaint is based on these facts:

See Affidavit attached.

☑ Continued on the attached sheet.

_____
Complainant's signature

SA Christopher Mulligan, DEA
Printed name and title

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: **October 26, 2023**

_____
Judge's signature

City and state: **Tampa, FL**

HON. CHRISTOPHER P. TUITE, U.S.M.J.
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Dexter B. McGee, being duly sworn, deposes and states the following:

1. I have been a sworn investigator and Special Agent with the Drug Enforcement Administration ("DEA") since 2004. I am a graduate of the DEA Quantico Academy and a numerous other training programs related to criminal investigations. I have been assigned as a Special Agent to the Operation Panama Express Strike Force since October of 2022. Operation Panama Express is a Federal Organized Crime Drug Enforcement Task Force ("OCDETF") composed of the following agencies: Coast Guard Investigative Service ("CGIS"), Federal Bureau of Investigation ("FBI"), Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"), United States Coast Guard ("USCG"), United States Attorney's Office (USAO) of the Middle District of Florida and DEA. Special Agents assigned to Operation Panama Express investigate Transnational Criminal Organizations that utilize maritime conveyances to smuggle illicit drugs through international waters of the Pacific Ocean and Caribbean Sea for later distribution into the United States of America.

2. As a DEA Special Agent, I have participated in numerous criminal investigations of individuals who are in violation of laws and statutes of the United States and the United States Code of Federal Regulations. I have been employed by the DEA for over 18 years. Prior to becoming a Special Agent with DEA, I was a South Carolina State Special Agent for approximately five (5) years.

## Statutory Authority

3. This affidavit is submitted in support of a criminal complaint and the issuance of arrest warrants for the following individuals:

    a. Luis Delirio MONTERO-Alcantara

    b. Jose Dario GONZALEZ-Gonzalez

who, while on board a vessel subject to the jurisdiction of the United States, knowingly and willfully conspired to possess with the intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 46 U.S.C. §§ 70503(a) and 70506(a) and (b), and 21 U.S.C § 960(b)(1)(B)(ii), and possessed with intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Scheduled II controlled substance, in violation of 46 U.S.C. § 70503(a) and 70506(a), and 21 U.S.C § 960(b)(1)(B)(ii).

4. The information contained herein is either personally known to me or has been provided to me by other law enforcement officers with whom I have worked on this investigation. This affidavit is submitted for the limited purpose of establishing probable cause for the criminal charges set forth herein and, therefore, does not contain each and every fact known to me or other law enforcement agents concerning this investigation.

5. The USCG has the authority under 14 U.S.C. § 522 to make inquiries, examinations, inspections, searches, seizures, and arrests upon the high seas and waters over which the United States has jurisdiction, in order to enforce federal laws.

## Probable Cause

6. On or about October 20, 2023, while on routine patrol in the Caribbean Sea, approximately 75 nautical miles, southeast of Isla Beata, Dominican Republic, a maritime patrol aircraft located a go-fast vessel ("GFV") with suspicious packages on deck. The U.S Coast Guard Cutter VIGILANT was patrolling the area and diverted its course to intercept the GFV. The VIGILANT launched their over-the-horizon small boat and cutter-boat-large to investigate. The law enforcement boarding team arrived on scene and gained positive control of the subject GFV.

7. The boarding team reported two adult males aboard the GFV. The two men claimed Dominican Republic and Colombian nationality for themselves, but no nationality was claimed for the vessel; hence the subject vessel was subject to the jurisdiction of the United States under 46 U.S.C. 70502 (c)(1)(a) and (d)(1)(B).

8. The boarding team conducted two narcotics identification (or "NIK") tests on the suspected contraband, yielding positive results for cocaine. The boarding team recovered 11 bales of cocaine with an at-sea weight of 423 kilograms.

9. The mariners found on board the cocaine-laden GFV were Luis Delirio MONTERO-Alcantara and Jose Dario GONZALEZ-Gonzalez.

## Conclusion

10. Based on my training, experience, and knowledge of the investigation, I believe that there is probable cause to believe that MONTERO-Alcantara and GONZALEZ-Gonzalez, while on board a vessel subject to the jurisdiction of the United States, knowingly and willfully conspired to possess with the intent to

distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 46 U.S.C. §§ 70503(a) and 70506(a) and (b), and 21 U.S.C § 960(b)(1)(B)(ii), and possessed with intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Scheduled II controlled substance, in violation of 46 U.S.C. § 70503(a) and 70506(a), and 21 U.S.C § 960(b)(1)(B)(ii), as described herein.

_____
Christopher Mulligan
Special Agent
Drug Enforcement Administration

Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable means consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) before me this __26__ day of October 2023.

_____
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

4